**Order entered April 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01096-CR

### DIONICIO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1575240-M

## ORDER

Appellant, who was convicted of indecency with a child by contact, filed his brief on April 19, 2019. In the brief, appellant uses the name of the victim who was a child at the time of the offense. Accordingly, we **STRIKE** the brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any child witness either generically (for example, "victim" or "victim's younger sister") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Celia Sams and the Dallas County District Attorney's Office.

/s/     BILL PEDERSEN, III
JUSTICE